| | |
|---|---|
| **From:** | Sussman, Todd |
| **To:** | Adriana DeCasanova; Jara, Joanna |
| **Cc:** | Michael A Hoffman; Nancy Dvorak; Dee Dee Dade; dsingeresq@aol.com |
| **Subject:** | RE: SERVICE OF COURT DOCUMENTS: Kristian Watson v. NCL Bahamas, LTD; USDC Southern District, Case No.: 25-CV-20540 |
| **Attachments:** | image002.png<br>image003.png |

Hi Adriana,

With respect to the requested inspection, please note that the Norwegian Jade is currently sailing in Alaska for the rest of Alaska season (until mid-October) and it will not be returning to the east coast until February 27, 2026 when it returns to Miami. I object trying to identify the nearest location or picking random dates and ports. The ship's itinerary is available on NCL.com, so please take a look and let me know some options that would work for your office.

Regards,

**Todd L. Sussman | Director, Litigation Attorney**
P: +1 305.436.4653 | F: +1 305.468.2132
TSussman@nclcorp.com | www.nclhltd.com
**Norwegian Cruise Line Holdings Ltd.**
Office Address: 7300 Corporate Center Drive | Miami FL 33126
Mailing Address: 7665 Corporate Center Drive | Miami FL 33126

**From:** Adriana DeCasanova <adecasanova@1800askfree.com>
**Sent:** Thursday, May 8, 2025 12:37 PM
**To:** Sussman, Todd <tsussman@nclcorp.com>; Jara, Joanna <jjara@nclcorp.com>
**Cc:** Michael A Hoffman <mahoffman@1800askfree.com>; Nancy Dvorak <ndvorak@1800askfree.com>; Dee Dee Dade <ddade@1800askfree.com>; dsingeresq@aol.com
**Subject:** RE: SERVICE OF COURT DOCUMENTS: Kristian Watson v. NCL Bahamas, LTD; USDC Southern District, Case No.: 25-CV-20540

**WARNING:EXTERNAL EMAIL — Use Caution and Beware of Fraudulent Content and Links**

The attached document(s) referenced below are being served upon you.

| | |
|---|---|
| Court Identity: | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA |
| Case No. | 25-CV-20540-WPD |
| Plaintiff(s): | KRISTINA WATSON |
| Defendant(s): | NCL (Bahamas) LTD., d/b/a NORWEGIAN CRUISE LINE |
| Document being served: | Plaintiff's First Set of Interrogatories<br>Plaintiff's Request for Production<br>Plaintiff's Request for Admissions<br>Plaintiff's Request for Inspection |
| Document Production Link: | N/A |
| Sender's Name: | Adriana DeCasanova |
| Served for: | David W. Singer, Esq. and Michael A. Hoffman, Esq. |

**Adriana DeCasanova,**
**Paralegal**

adecasanova@1800askfree.com
**David W. Singer & Associates, P.A.**
**1011 S. Federal Highway**
**Hollywood, FL 33020**
**954-920-1571**
**954-926-5746**



NOTICE: This e-mail message and any attachment to this e-mail message contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged. The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail in error, please notify us immediately by return e-mail. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by David W. Singer or David W. Singer and Associates, PA. This email neither forms an Attorney/Client relationship nor invites the formation of an Attorney/Client relationship.