**DAVID W. SINGER & ASSOCIATES, P.A.**
**YOUR MARITIME LAW EXPERTS**
(https://www.yourfloridamaritimecounsel.com/)

1-800-ASK-FREE (275-3733) (TEL:1-800-275-3733)
INFO@CRUISEINJURYCASE.COM (MAILTO:INFO@CRUISEINJURYCASE.COM)

MENU ☰

# Attorneys and Clients Around the World
# <u>TRUST</u> Our Cruise Injury Team

**FREE CLIENT CONSULTATION (HTTP://YOURFLORIDAMARITIMECOUNSEL.COM/CONTACT-US/)**

**ATTORNEY REFERRAL PROGRAM (HTTP://YOURFLORIDAMARITIMECOUNSEL.COM/ATTORNEY-FEE-PROGRAM/)**

- Carnival Cruise Lines
- Royal Caribbean Cruise Lines
- Norwegian Cruise Line
- Disney Cruise Lines
- Oceania Cruise Lines
- Costa Cruise Lines
- Regent-Seven Seas Cruises
- Celebrity Cruise Lines
- Silver Seas Cruises
- MSC Cruise Lines

| | | |
|---|---|---|
| $ | **$200,000 SETTLEMENT** | Passenger trips in state room on misplaced towel |
| $ | **$1.1 MILLION SETTLEMENT** | A worker was electrocuted by faulty desalination equipment |
| $ | **$155,000 SETTLEMENT** | Passenger cut by negligently placed restaurant sign |

**$** **$147,500 SETTLEMENT**  Jones Act recovery for a cruise ship worker injured while opening a refrigerator

**$** **$250,000 SETTLEMENT**  Passenger slips on old drain which had accumulated moisture



**80% OF ALL CASES
MUST BE FILED IN FLORIDA
WITHIN ONE YEAR**



**35** years



WE HAVE A
**NATIONAL REPUTATION**

**OVER 35 YEARS EXPERIENCE**
CRUISE INJURY LAW FIRM

**MAXIMIZE YOUR**
CLIENT'S RECOVERY

**Learn More (https://yourfloridamaritimecounsel.com/why-choose-us/)**

**Learn More (https://yourfloridamaritimecounsel.com/why-choose-us/)**

**Learn More (https://yourfloridamaritimecounsel.com/why-choose-us/)**



## DAVID W. SINGER & ASSOCIATES P.A.

Our Cruise Injury Law firm is one of the most respected firms handling these cases in the nation. We are called on to give expert commentary on cruise ship issues by news organizations such as the Associated Press, Channel 10 Miami (an ABC affiliate) and the Sun-Sentinel. When law firms, around the nation, need to associate with a South Florida cruise law firm, they often choose David W. Singer & Associates P.A. They know that the lawyers at the firm have a combined 60 years worth of experience and that every case, will be handled by a Board Certified Civil Trial Attorney. The results speak for themselves.

**Read More (http://yourfloridamaritimecounsel.com/about-us/)**

## CONTACT US
### for a
### FREE CONSULTATION

FIRST NAME

LAST NAME

PHONE NUMBER

EMAIL

COMMENTS

**Submit**

---

**ABOUT US (HTTPS://WWW.YOURFLORIDAMARITIMECOUNSEL.COM/ABOUT-US/)**
**WHY CHOOSE US (HTTPS://WWW.YOURFLORIDAMARITIMECOUNSEL.COM/WHY-CHOOSE-US/)**
**REFERRAL FEE PROGRAM (HTTPS://WWW.YOURFLORIDAMARITIMECOUNSEL.COM/REFERRAL-FEE-PROGRAM/)**
**OUR BLOG (HTTP://WWW.1800ASKFREE.COM/BLOG/)**
**OUR SITE (HTTP://WWW.1800ASKFREE.COM/)**

### CONTACT US

1.800AskFree (800.275.3733)

David W. Singer & Associates, P.A.

1011 South Federal Highway

Hollywood, FL 33020

NOTE: The above is not legal advice. That can only come from a qualified attorney who is familiar with all the facts and circumstances of a particular, specific case and the relevant law.

© Copyright, 2025. David W. Singer & Associates, P.A. All rights reserved.